IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL M. BARLEY, #260262, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-1036-W |
| LEROY JAMISON, *et al.*, | ) |
| Defendants. | ) |

# **ORDER**

On November 7, 2013, the Magistrate Judge filed a Recommendation in this case. (Doc. # 158.) On January 7, 2014, Plaintiff Daniel M. Barley ("Barley") filed an objection. (Doc. #162.) The court has conducted a *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b)(1). Accordingly, it is ORDERED as follows:

1. Mr. Barley's objection (Doc. # 162) is OVERRULED.

2. The Recommendation (Doc. # 158) is ADOPTED.

3. The motion for summary judgment is GRANTED in favor of Defendants with respect to claims for monetary damages lodged against them in their official capacities as Defendants are entitled to absolute immunity from these claims.

4. Summary judgment is GRANTED in favor of Kim Thomas as he is sued only in his official capacity.

5. The motion for summary judgment is GRANTED in favor of Defendants Jamison, Allen, W. Thomas, Moore, McKee, Lucas, and Waver in their individual capacities.

6. The supplemental state claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3) and (d).

7. Costs are taxed against Plaintiff.

DONE this 16th day of January, 2014.

            /s/ W. Keith Watkins
           CHIEF UNITED STATES DISTRICT JUDGE